# Attachment 1

Indictment / wrong subbsection;" the defendant due process clause Have Been violated due to wrong fully;" Indictment. the Defendant Fundamental consitutshonal Federal rights Have Been violated. the Statue was wrong under United state vs, John- 601, 201, 101, 2020.

## Aurgerment

The Indictment was wrongly typed up the sub Section;" was wrong. NO. 04-19-CRG-the circuit court of Hinds County placed this wrong full case No. on the defendant wrongfull Indictment.

To submitte any case upon this stateue is wrong under the Federal guide line.

Attachment 2

Hinds county Circuit court had Excepted An IN volertary;" plea, they Had threaten the defendant By saying that He will Receive A life without parole.

Charles vs, United states / 401-602, 701, 2023
this case of Charles is 100 percent like the defendant case.

within the defendant Fundamental clause it states that the INdictment is wrong. Every thing is wrong within the defendant INdictment.
under clause us state - 201 - 101 - 2020 /
clause stave in Indictment was wrong in His case was over turned By the Federal court.

# Attachment 3

The defendant Bring Negligence on the Hinds county circuit court, under statute it is Negligence, . under the Indictment it was not proper filed. Against the defendant.

under the circuit court For Hinds county Had granted A defendant motion Jimmy vs, Hinds county circuit court to Be Reversed, For A wrongfull Indictment.

The defendant case is Just like Jimmy case to, Jimmy Stateu was wrong, His Indictment was wrong.

So the defendant case is Right under His Federal guide line that states that you can not Indict A person with the wrong statue in subsection.

# Attachment 4

This case is soly Based upon cruel in unuseural punishment.

The wrongfully subsection For Statutary Rape.

To subbmit A wrong full Statute on A Indictment under Neal vs, State, 201, 101, 662, 2022. it makes it wrong.

The defendant was wrongfully Indicted under the wrong Statues,

Attachment 5

Collin VS, State of MS. It States that the Due process clause states under the stateU that the Evidence Have to Be solid.

within in this case the defendant Fundamental consitutshonal Right- Have Been violated.

The defendant Equal protection Rights have Been violated By Hinds county circuit court.

Attachment 6

To submitt time under this statue will Be A unlawfull violation, which states in Neal VS, State Said court of Hinds county had violated All of the defendant due process clause.

The defendant Equal protections of the law from Ross VS, State 404, 701, 601, 2023.

Allso John VS, United State, 301, 220, 2022. His Equal protection of the law was violated By Hinds County Circuit court louis VS, United State 662, 442, 601, 2023.

Attachment 7

the wrongfull Indictment States Rape upon the wrong Subsection in Stateue. The Indictment was putted together that is not Real. The defendant is upon so much stress due to.

Hinds county Requested the defendant to Except

Allso the wrongfull Indictment states contrary to the Form of the stateue, which is not under no policy'es. this wrongfull Indictment allso states that all the dates Being Approximates and inclusive,